# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

KERRY, INC.,

    Plaintiff,

vs.

MINCING TRADING CORPORATION,
d/b/a MINCING OVERSEAS SPICE COMPANY,
and THE CAMDEN FIRE INSURANCE
ASSOCIATION,

    Defendants.

No.:

Judge:

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

I, the undersigned counsel of record for the Plaintiff, Kerry, Inc., make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

    [X] YES     [ ] NO

    If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

    Kerry, Inc. is owned by Kerry Holding Company, which is owned by Kerry Group plc, a publicly listed company.

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

    [X] YES     [ ] NO

    If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

    Sompo Japan Insurance Company of America, insurer of Plaintiff
    Royal & Sun Alliance Insurance plc, insurer of Plaintiff

Dated: August 15, 2011	Respectfully submitted,

ASPERGER ASSOCIATES LLC

By:	/s/ Bary L. Gassman

Bary L. Gassman
ASPERGER ASSOCIATES LLC
180 North Stetson Avenue, Suite 3050
Chicago, IL 60601
Tel: (312) 856-9901
Fax: (312) 856-9905
bgassman@asplaw.net