## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| KERRY, INC., | ) | |
| | ) | No.: 10-cv-726 |
| Plaintiff, | ) | |
| | ) | Judge: |
| vs. | ) | |
| | ) | |
| MINCING TRADING CORPORATION, | ) | |
| d/b/a MINCING OVERSEAS SPICE COMPANY, | ) | |
| and THE CAMDEN FIRE INSURANCE | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF APPEARANCE</u>

The undersigned, as attorney, hereby enters its Appearance as counsel for Plaintiff, Kerry, Inc.

Dated: August 15, 2011

Respectfully submitted,

ASPERGER ASSOCIATES LLC

By:  /s/ Bary L. Gassman

Bary L. Gassman
ASPERGER ASSOCIATES LLC
180 North Stetson Avenue, Suite 3050
Chicago, IL 60601
Tel: (312) 856-9901
Fax: (312) 856-9905
bgassman@asplaw.net