IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KERRY, INC.,

                                                       ORDER

                Plaintiff,

                                                 11-cv-576-bbc

    v.

MINCING TRADING CORPORATION,
THE CAMDEN FIRE INSURANCE
ASSOCIATION and AROMATIC
INGREDIENTS S.A.E.

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on September 14, 2012, to discuss the status of the settlement in this case. All parties appeared by counsel.

At the hearing, counsel confirmed that the case has been resolved but that the settlement agreement has not been signed by all parties. Counsel expect the settlement agreement to be finalized within the next 30 days.

Another telephonic status conference is set for October 3, 2012 at 8:30 a.m. Plaintiff

1

is to initiate the conference call to chambers at (608) 264-5447. The conference will be canceled if the parties submit final settlement papers before October 3, 2012.

Entered this 17th day of September, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge