IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KERRY, INC.,

                                          ORDER

                 Plaintiff,

                                11-cv-576-bbc

      v.

MINCING TRADING CORPORATION,
THE CAMDEN FIRE INSURANCE
ASSOCIATION and AROMATIC
INGREDIENTS S.A.E.,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on October 3, 2012, to discuss the status of the settlement in this case.  All parties appeared by counsel.

At the hearing, counsel confirmed that the case has been resolved.  They advised that the last terms of the settlement should be agreed upon this week and the necessary signatures obtained on the settlement agreement by next week.

Another telephonic status conference is set for October 17, 2012 at 8:30 a.m. Defendant is to initiate the conference call to chambers at (608) 264-5447.  The conference

1

will be canceled if the parties submit final settlement papers before October 17, 2012.

Entered this 3d day of October, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2